736 A.2d 1057

**STATE of Maryland**

v.

**Laty Jerome ARRINGTON.**

**No. 14, Sept. Term, 1999.**

Court of Appeals of Maryland.

Sept. 9, 1999.

Devy Patterson Russell, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General of Maryland, on brief), Baltimore, for Petitioner.

Peter F. Rose, Assistant Public Defender (Stephen E. Harris, Public Defender, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL, and ROBERT L. KARWACKI (retired, specially assigned), JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of September, 1999,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.